**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**

In re Christopher Owens,

Debtor.

Case No. 26-32613-BFK
Chapter 13

**NOTICE OF APPEARANCE**

Pursuant to Rule 9010(b), Federal Rules of Bankruptcy Procedure, Andrew P. Pearson hereby notes his appearance of record in this case as counsel for **Ferguson Enterprises, LLC,** and hereby requests notice of all matters herein. Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, Andrew P. Pearson hereby requests that notice of all matters specified in said rule, or otherwise directed to or affecting the creditor(s) named herein, the trustee, the estate, and/or the debtor, and all other matters herein, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint, or demand, whether given in writing or otherwise, be served on him at the address below, and requests that he be added to any Limited Notice List in this case.

Date: July 7, 2026

VSB #74171
PLDR LAW, PC
P. O. Box 1080
Lynchburg, Virginia 24505
Telephone: (434) 846-2768
Facsimile: (434) 847-0411
Email: apearson@pldrlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 7th day of July, 2026, he has filed this Notice of Appearance using this court's CM/ECF filing system which will serve a copy thereof on counsel for the debtor, the Chapter 13 Trustee, and all parties who have appeared in this case through the CM/ECF System, by electronic mail.